

# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

3/23/2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/23/2015 3:50:02 PM
CHRISTOPHER A. PRINE
Clerk

NOTICE OF APPEALS
ASSIGNMENT OF COURT THE COURT OF APPEALS

TO:     FIRST COURT OF APPEALS

From:    Deputy Clerk: DUANE C. GILMORE
         Chris Daniel, District Clerk
         Harris County, T E X A S

CAUSE: 2013-06244A   COURT#: 165TH

NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE FIRST COURT OF APPEALS

VOLUME:   PAGE:     OR     IMAGE #: 64543510

NOTICE OF APPEAL FILE DATE: 3/20/2015

ATTORNEY/FILER: MARK A GIUGLIANO SBOT: 24012702

JUDGMENT DATE: 2/27/2015                    DUE DATE: 4/28/2015

MOTION FOR NEW TRIAL FILE DATE: N/A

NUMBER OF DAYS: ( CLERKS RECORD ) 60

FILE ORDERED:  YES ☐   NO ☐   IMAGED FILED:   YES ☐  NO ☐

REQUEST FOR TRANSCRIPT FILED?: NONE

NOTICE OF APPEAL PREVIOUSLY FILED: NO     IF YES, APPELLATE NO(S):

NOTES:

CODES FOR NOTICE OF APPEAL:        BC

                                   C

                                   OA

                        CHRIS DANIEL
                        Harris County, District Clerk


                        By: /S/ DUANE C. GILMORE
                            DUANE C. GILMORE , Deputy


BC     NOTICE OF APPEAL FILED
BG     NOTICE OF APPEAL FILED – GOVERNMENT
C      JUDGMENT BEING APPEALED
D -    ACCELERATED APPEAL
OA     NO CLERK'S RECORD REQUEST FILED
O      CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA     AMENDED NOTICE OF APPEAL

CAUSE NO. 2013-06244A

| | | |
|---|---|---|
| UNOCAL PIPELINE COMPANY, | § | |
| | § | |
| Plaintiff, | § | IN THE DISTRICT COURT OF |
| v. | § | |
| | § | HARRIS COUNTY, TEXAS |
| | § | |
| BP PIPELINES (ALASKA) INC., | § | 165th JUDICIAL DISTRICT |
| CONOCOPHILLIPS TRANSPORTATION | § | |
| ALASKA, INC., and | § | |
| EXXONMOBIL PIPELINE CO., | § | |
| | § | |
| | § | |
| Defendants. | § | |

## UNOCAL PIPELINE COMPANY'S NOTICE OF APPEAL

Pursuant to Rule 25.1 of the Texas Rules of Appellate Procedure, Unocal Pipeline Company files this Notice of Appeal and provides the following information regarding its appeal:

1. This appeal is taken in the case styled: Cause No. 2013-06244A, *Unocal Pipeline Company vs. BP Pipelines (Alaska) Inc., et al.*, in the 165th Judicial District of Harris County, Texas.

2. This appeal is taken from the final judgment of the trial court dated February 27, 2015, (a) denying and dismissing with prejudice Unocal Pipeline Company's claim seeking a declaratory judgment that "[t]he Remaining Owners are required to assume unconditionally the obligations to perform or pay for the Dismantlement, Removal, or Restoration of TAPS arising from the undivided interest in TAPS the Remaining Owners are acquiring from withdrawing owner, Unocal Pipeline Company, and (b) dismissing without prejudice Unocal Pipeline Company's claim for declaratory relief that "[t]he Trans-Alaska Pipeline System Agreement entitles the Departing Owners to receive their proportion of Net Salvage Value if it is determined to be positive, but does not obligate them to pay any portion of Net Salvage Value to the Remaining Owners if it is determined to be negative."

3. Unocal Pipeline Company desires to appeal.

4. This appeal is taken to either the First or Fourteenth Court of Appeals.

5. The party filing this Notice of Appeal is Plaintiff Unocal Pipeline Company.

1

Respectfully Submitted,

**GIBBS & BRUNS LLP**

By: _/s/ Mark A. Giugliano_

GIBBS & BRUNS, L.L.P.
Mark A. Giugliano
mgiugliano@gibbsbruns.com
TBA No. 24012702
Anthony N. Kaim
akaim@gibbsbruns.com
TBA No. 24065532
J. Benjamin Bireley
bbireley@gibbsbruns.com
TBA No. 24076086
1100 Louisiana, Suite 5300
Houston, Texas 77002
Telephone: (713) 650-8805
Facsimile: (713) 750-0903

**ATTORNEYS FOR PLAINTIFF
UNOCAL PIPELINE COMPANY**

## Local Rule Notice of and Assignment of Related Case in Appeals

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that the following related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals:

None.

_Mark A. Giugliano_
Mark A. Giugliano

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing instrument has been served upon the following counsel of record pursuant to the Texas Rules of Civil Procedure, on this 20th day of March 2015.

Michael V. Powell
Elizabeth L. Tiblets
Locke Lord LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Fax: (214) 756-8520
mpowell@lockelord.com
etiblets@lockelord.com

Steven G. Reed
Lara E. Romansic
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
Fax: (202) 429-3902
sreed@steptoe.com
lromansic@steptoe.com

/s/ *Mark A. Giugliano*
Mark A. Giugliano

CASE NUM: 201306244A_ PJN> __   TRANS NUM: _____  CURRENT COURT: 165 PUB? _
CASE TYPE: DEBT                              CASE STATUS: DISPOSED (FINAL)
STYLE: UNOCAL PIPELINE COMPANY          VS BP PIPELINES (ALASKA) INC
================================================================================
                      **** INACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR        PERSON NAME              PTY   ASSOC. ATTY
   NUM    NUMBER                                           STAT
_     00004-0002 XPL 07380500 EXXON MOBIL PIPELINE CO.'S         FRANKLIN, RON
_     00003-0002 XPL 07380500 CONCOPHILLIPS TRANSPORTATION A     FRANKLIN, RON
_     00002-0002 XPL 07380500 BP PIPELINES (ALASKA) INC          FRANKLIN, RON
_     00001-0002 XDF          UNOCAL PIPELINE COMPANY
_     00004-0001 DEF 07380500 EXXON MOBIL PIPELINE CO.'S         FRANKLIN, RON
_     00003-0001 DEF 07380500 CONCOPHILLIPS TRANSPORTATION A     FRANKLIN, RON
_     00002-0001 DEF 07380500 BP PIPELINES (ALASKA) INC          FRANKLIN, RON
_     00001-0001 PLT 24012702 UNOCAL PIPELINE COMPANY            GIUGLIANO, MA

==> (8) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP

CASE NUM: 201306244A_ PJN> __   TRANS NUM: _____  CURRENT COURT: 165 PUB? _
CASE TYPE: DEBT                              CASE STATUS: DISPOSED (FINAL)
STYLE: UNOCAL PIPELINE COMPANY          VS BP PIPELINES (ALASKA) INC
================================================================================
                      **** ACTIVE PARTIES ****
   PJN   PER/CONN COC  BAR        PERSON NAME              PTY   ASSOC. ATTY
   NUM    NUMBER                                           STAT




==> (0) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP